THE STATE EX REL. HAYWOOD, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Haywood v. Indus. Comm.* (1998), 83 Ohio St.3d 129.]

(No. 96–2256—Submitted July 8, 1998—Decided September 16, 1998.)

---

*Butler, Cincione, Dicuccio, Dritz & Barnhart* and *David B. Barnhart,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Craigg E. Gould,* Assistant Attorney General, for appellant.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and COOK, JJ., dissent.